FORM VAN–122

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:10–bk–04203–RJH

ACEDO C LEOBARDO  Chapter: 13
4205 S 64TH DR
PHOENIX, AZ 85043
**SSAN:** xxx–xx–7658
**EIN:**

Debtor(s)

## ORDER DISMISSING CASE

- [x] The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007–1.
- [ ] The individual debtors having failed to file a Credit Counseling Certificate as required by Interim Rule 1007.
- [ ] The debtor(s) having failed to pay the filing fee as ordered by the court.
- [ ] The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.
- [ ] The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.
- [ ] The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).
- [ ] The individual debtors having failed to file a Statement of Current Monthly Income as required by Interim Rule 1007.
- [ ] The debtor(s) having failed to file a declaration regarding payment advices as required by Local Bankruptcy Rule 1007–1.
- [ ] The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. Section 343.
- [ ] An Order to Show Cause why this case should not be dismissed having been issued.
- [ ] The trustee having moved to dismiss this case.
- [ ] The debtor(s) having moved to dismiss this case.

–– Order continued on 2nd page ––

IT IS ORDERED that the above−captioned case be dismissed. Jurisdiction is retained over any matters arising under Section110.

IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** March 3, 2010                                         BY THE COURT


**Address of the Bankruptcy Clerk's Office:**            HONORABLE Randolph J. Haines
U.S. Bankruptcy Court, Arizona                           United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov